# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD SILVA, | ) | 3:19-cv-00289-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 27, 2021 |
| ISIDRO BACA , *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 22). Plaintiff requests a sixty (60) day enlargement of time in which to file his response to Defendants' Motion for Summary Judgment.

Plaintiff's Motion for Enlargement of Time (ECF No. 22) is **GRANTED**. Plaintiff shall have to and including **June 28, 2021**, in which to file his response to Defendants' Motion for Summary Judgment (ECF Nos. 19, 21).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk